

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 19 AM 10: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANGELO A. GONZALES                    CIVIL ACTION

VERSUS                                NO: 05-0331

TIM WILKINSON, WARDEN                 SECTION: "J" (3)

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and petitioner's **Objection to Report and Recommendation** (Rec. Doc. 14), hereby approves the Report and Recommendation (Rec. Doc. 13) of the United States Magistrate Judge and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that petitioner's **Objections** (Rec. Doc. 14) are **OVERRULED**;

**IT IS FURTHER ORDERED** that petitioner's **Petition for Writ of**

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

**Habeas Corpus** is **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana this the 18th day of April, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE